# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1452-RBJ

**KEGAN WARNER,** on behalf of himself and classes of persons similarly situated

                Plaintiff,

v.

**POWER HOME REMODELING GROUP, LLC,**

                Defendant.

## STIPULATION OF DISMISSAL

The parties hereby stipulate to dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against the defendant. None of the rights of any putative class members, other than the plaintiff have been released or are otherwise affected by this dismissal.

[SIGNATURE PAGE FOLLOWS]

-1-

-2-

SERVED AND DATED this 2nd day of November, 2020

FOR PLAINTIFF, KEGAN WARNER:

          *s/ Eric R. Coakley*_____
          CO Bar 34238

          /s/ *Anthony I. Paronich*
          Anthony I. Paronich (*Pro Hac Vice*)
          anthony@paronichlaw.com
          PARONICH LAW, P.C.
          350 Lincoln Street, Suite 2400
          Hingham, Massachusetts 02043
          Telephone: (617) 738-7080
          Facsimile: (617) 830-0327

FOR THE DEFENDANT, POWER HOME REMODELING GROUP, LLC:

          MORGAN, LEWIS & BOCKIUS LLP

Dated: October 29, 2020

          By: *s/ Ezra D. Church*
              Ezra D. Church
              ezra.church@morganlewis.com
          1701 Market Street
          Philadelphia, PA 19103
          Telephone:   +1.215.963.5000
          Facsimile:   +1.215.963.5001

              Benjamin K. Hand, CO Bar# 50787
              benjamin.hand@morganlewis.com
          300 South Grand Avenue
          Twenty-Second Floor
          Los Angeles, CA  90071-3132
          Telephone:   +1.213.612.2500
          Facsimile:   +1.213.612.2501